1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6838
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,          )    No. 3-06-70235 JL
                                        )
13 |         Plaintiff,                 )
                                        )    [PROPOSED] ORDER AND
14 |     v.                             )    STIPULATION EXTENDING TIME
                                        )    UNDER RULE 5.1 AND EXCLUDING
15 | RODOLFO ROLANDO RODRIGUEZ-         )    TIME UNDER THE SPEEDY TRIAL ACT
     BAEZA,                             )
16                                      )
             Defendant.                 )
17 |_____   )

18  The parties stipulate and agree, and the Court finds and holds, as follows:

19      1. The parties initially appeared on the instant matter April 13, 2006 for defendant's

20  initial appearance on the complaint. On April 19, 2006, the parties appeared in front of the

21  Honorable James Larson for arraignment, time was waived, and the matter was continued until

22  May 8, 2006 for arraignment.

23      2. On April 19, 2006, Chief Assistant Public Defender Geoffrey Hansen, who represents

24  the defendant, requested an exclusion of time from April 19, 2006 to May 8, 2006, based on

25  effective preparation and continuity of counsel. The defendant agreed to an extension of time for

26  the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of

27  time under the Speedy Trial Act. Therefore, the parties are requesting an extension of time under

28  Rule 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree that the time

STIPULATION AND PROPOSED ORDER          1
3-06-70235 JL

1  from April 19, 2006 to May 8, 2006 should be extended under Rule 5.1(d) and excluded in
2  computing the time within which an information or indictment must be filed. See 18 U.S.C. §
3  3161(h)(8)(A) and (B)(iv).
4      3. In light of the foregoing facts, the failure to grant the requested exclusion would
5  unreasonably deny counsel for the defense the reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence. See id. The ends of justice would
7  be served by the Court excluding the proposed time period. These ends outweigh the best
8  interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).
9      4. For the reasons stated, the time period from April 19, 2006 to May 8, 2006 is extended
10  under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18
11  U.S.C. § 3161(h)(8)(A).
12
13  IT IS SO STIPULATED.
14
15  DATED: _____                Respectfully Submitted,
16
17                                         /S/
                                          NAHLA RAJAN
18                                        Special Assistant United States Attorney
19
20  DATED: _____                /S/
                                          GEOFFREY HANSEN
21                                        Counsel for Rodolfo Rolando Rodriguez-Baeza
22
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
23
            5/17/06
24  DATED: _____
                                          HONORABLE JAMES LARSON
25                                        United States Magistrate Judge
26
27
28

STIPULATION AND PROPOSED ORDER     2
3-06-70235 JL