# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 06-00286-1 JSW |
| Rodolfo Rodriguez-Baeza | ) | |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _August 3, 2006_ be continued until _October 12, 2006_ at _2:30 pm_.

Date: __JUL 3 1 2006__

_Jeffrey S. White_
United States District Judge

NDC-PSR-009 12/06/04